**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONNIE G. And SLETTA A. HENSLEY, dba HENSLEY'S AUTO WRECKING-TOWING SALES,<br>,,<br>      Defendants. | **Case No.** MC05034JKA<br><br>FINAL ORDER ON PETITION FOR JUDICIAL LEVY ON A PRINCIPAL RESIDENCE |

THIS MATTER comes on for a final determination on plaintiff's Petition for Judicial Levy on a Principal Residence. The court has considered all materials submitted regarding the extent to which the debt claimed by plaintiff may have been satisfied by earlier collection or seizure. See Preliminary Order dated June 3, 2005 (Docket #17).

The court concludes that petitioner, United States, has submitted the statutorily required evidence to support their petition. Defendant's submissions do not adequately rebut the petitioner's request.

Accordingly, plaintiff's petition for the Internal Revenue Service to levy upon the interest of Donnie G. Hensley and Sletta Hensley, dba Hensley's Auto Wrecking-Towing-Sales, in the property located in

ORDER
Page - 1

Cowlitz County at 616 9th Avenue, Long View, Washington 98632 within the jurisdiction of this court is hereby granted.

July 15, 2005

   */s/ J. Kelley Arnold*

J. Kelley Arnold, U.S. Magistrate Judge